# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 12, 2020

## NO. 03-18-00295-CV

**In the Matter of J. A. F.**

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND SMITH
AFFIRMED -- OPINION BY JUSTICE SMITH**

This is an appeal from the judgment of adjudication and order of probation signed by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment of adjudication and order of probation. Therefore, the Court affirms the trial court's judgment of adjudication and order of probation. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.